**[J-29-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 22 WAP 2021
    :
      Appellee     :   Appeal from the Order of the
    :   Superior Court entered December 4,
    :   2020 at No. 908 WDA 2019,
      v.     :   affirming the Judgment of Sentence
    :   of the Court of Common Pleas of
    :   Allegheny County entered April 15,
BRIAN DANIAL DONAHUE,     :   2019 at No. CP-02-CR-0015582-
    :   2017.
      Appellant     :
    :   ARGUED: April 13, 2022


## ORDER


**PER CURIAM**

     **AND NOW,** this 20th day of July, 2022, the Appeal is **DISMISSED** as having been improvidently granted.

     Justice Wecht files a dissenting statement.